NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES DERECK ADAMS,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2011-3124

---

Petition for review of the Merit Systems Protection Board in case no. DC3443100711-I-1.

---

## ON MOTION

---

## ORDER

Charles D. Adams moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

__MAY 0 9 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles D. Adams
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2011

JAN HORBALY
CLERK